# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEHRYAR IQBAL, an individual and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>    v.<br>IQVIA, INC., IQVIA RDS, INC., IQVIA HOLDINGS, INC.; and DOES 1-10, inclusive,<br><br>                                    Defendants. | Case No. 3:26-cv-1736-AJB-JAC<br><br>**ORDER DENYING JOINT MOTION TO VACATE THE EARLY NEUTRAL EVALUATION CONFERENCE FOR GOOD CAUSE OR CONTINUE JULY 1, 2026 EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 10]** |

On June 16, 2026, the Parties filed a Joint Motion to Vacate the Early Neutral Evaluation Conference ("ENE") For Good Cause, or, in the alternative, Continue the July 1, 2026, ENE ("Joint Motion"). ECF No. 10. The Court notes that this is the second requested continuance of the ENE, which was originally scheduled to occur on May 11, 2026. In support of their motion, the Parties state that the circumstances surrounding this class action require lengthy, detailed investigations into payroll information and confidentiality issues, and that "given the complex nature of this putative class action[,]" the Parties need additional time to gather information and "facilitate meaningful settlement discussions." *See id.* at 4. The Parties informed the Court in their Joint Motion that the ENE scheduled for July 1, 2026 "is unlikely to be

an efficient use of the Parties' or the Court's resources, as the Parties currently lack sufficient information at this stage of the litigation to engage in meaningful resolution discussions." *Id.* at 4-5. Additionally, the Parties state that they believe private mediation may be the "most likely [avenue] to facilitate productive and successful resolution." *Id.* at 4-5. However, the Parties have not actually scheduled any private mediation and instead seek to submit a joint status report by August 17, 2026 "to advise the Court on the status of private mediation[.]" *Id.* at 5.

The Court, having considered the Parties' Joint Motion, **DENIES** the Parties Joint Motion to vacate or continue the ENE. Instead, the ENE is **CONVERTED** to a videoconference. Videoconference information will be provided to the Parties following this Order. All dates and other requirements set forth in the Court's Order Granting Joint Motion to Continue Early Neutral Evaluation and Case Management Conference (ECF No. 8) remain in effect.

**IT IS SO ORDERED.**

Dated:  June 22, 2026

Hon. Janet A. Cabral
United States Magistrate Judge

2

26-cv-1736-AJB-JAC