# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEHRYAR IQBAL, an individual and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>IQVIA, INC., IQVIA RDS, INC., IQVIA HOLDINGS, INC, and DOES 1-10 inclusive,<br><br>                      Defendants. | Case No.:  3:26-cv-1736-AJB-JAC<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1.d of the Civil Local Rules for the Southern District of California ("Local Rules"), a Case Management Conference was held on **July 1, 2026**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.    Counsel are directed to the Civil Case Procedures for the Honorable Anthony J. Battaglia, accessible via the Court's website at www.casd.uscourts.gov.

2.    Defendants are to respond to Plaintiff's request regarding Defendant's willingness to submit to private mediation by **August 14, 2026**.

3.    The parties are to meet and confer regarding the scope of relevant data and provisions for protecting confidentiality of both Defendant's clients and participants in the

1

clinical trials by **August 14, 2026**.

4. Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **August 28, 2026**.

5. The Parties are to submit their Joint Motion for a Protective Order by **August 28, 2026**.

6. The Parties are to appear for a Status Conference before the Honorable Janet A. Cabral on **September 2, 2026**, at **9:00 a.m.**, via videoconference. The Court shall provide the Parties with videoconference information following this order. Parties are to submit a status report the *week prior* to the Status Conference.

7. The parties must disclose the identity of their respective experts in writing by **March 12, 2027**.  The date for the disclosure of the identity of rebuttal experts must be on or before **March 26, 2027**. On or before **March 26, 2027**, any party may supplement its designation in response to any other party's designation, so long as that party has not previously retained an expert to testify on that subject. Expert designations must include the name, address, and telephone number of each expert, and a reasonable summary of the testimony the expert is expected to provide. The list must also include the normal rates the expert charges for deposition and trial testimony.

**The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.  This requirement is not limited to retained experts.**

Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

8. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) must be served on all parties on or before **April 12, 2027**.  Any contradictory or rebuttal information must be disclosed on or before **April 26, 2027**.  In addition, Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3)

(discussed below).

**This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the party regularly involve the giving of expert testimony.**

Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

9.    Any motion for class certification must be filed on or before **May 14, 2027**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be advised that Judge Battaglia requires the parties to meet and confer before most types of motions are filed. Please plan accordingly. Failure of counsel to timely request a motion date or comply with Judge Battaglia's Civil Case Procedures may result in the motion not being heard.

10.   All fact discovery must be completed by all parties by **June 14, 2027**. All expert discovery must be completed by all parties by **June 14, 2027**. "Completed" means that all discovery under Rules 30–36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed by the cut-off date**, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1.a.** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process.   If the parties reach an impasse on any discovery issue, counsel must file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue.  Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

11.   A Mandatory Settlement Conference must be conducted on **September 10,**

**2027** at **9:30 a.m.,** before **Magistrate Judge Janet A. Cabral**. The Mandatory Settlement Conference will be conducted *in person* on the 5th floor of the Edward J. Schwartz United States Courthouse. Counsel or any party representing himself or herself must lodge confidential settlement briefs directly to chambers by **August 31, 2027**. All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

12.     All other dispositive motions, *including those addressing Daubert issues*, must be filed on or before **July 16, 2027**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Motions in Limine are to be filed as directed in the Local Rules, or as otherwise set by Judge Battaglia. Be advised that Judge Battaglia requires the parties to meet and confer before most types of motions are filed. Please plan accordingly. Failure of counsel to timely request a motion date or comply with Judge Battaglia's Civil Case Procedures may result in the motion not being heard.

13.     The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **September 30, 2027**. **Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

14.     This Order replaces the requirements under Local Rule 16.1.f.6.c. No Memoranda of Law or Contentions of Fact are to be filed.

15.     The parties must meet and confer on or before **October 7, 2027**. and prepare a proposed pretrial order in the form as set forth in Local Rule 16.1.f.4.a.

The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The court will entertain any questions concerning the conduct of the trial at the pretrial conference.

16.     Counsel for Plaintiff(s) must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule

16.1.f.6.a on or before **October 14, 2027**.

17.     The proposed pretrial order must be lodged with Judge Battaglia's chambers on or before **October 21, 2027**, and must be in the form prescribed in Local Rule 16.1.f.6.

18.     The final Pretrial Conference is scheduled on the calendar of the **Honorable Anthony J. Battaglia** for Thursday, **November 4, 2027,** at 10:00 am.

19.     The dates and times set forth herein will not be modified except for good cause shown.

20.     Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five pages in length without leave of a district judge. No reply memorandum will exceed ten pages without leave of a district judge.   Briefs and memoranda exceeding ten pages in length must have a table of contents and a table of authorities cited.

Pursuant to Local Rule 7.1.f.3.c, **if an opposing party fails to file opposition papers in the time and manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.**  Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1.e.2 or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Local Rule 7.1.f.3.c.

21.     Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated:  July 6, 2026

_____
Hon. Janet A. Cabral
United States Magistrate Judge

5

3:26-cv-1736-AJB-JAC